UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH MOLESKI, Individually and on Behalf of All Others Similarly Situated,<br><br>vs.<br><br>TANGOE, INC., ALBERT R. SUBBLOIE, JR., AND GARY R. MARTINO,<br><br>                    Defendants. | No.: 2:16-cv-02957-KM-JBC<br><br>[~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL<br><br>CLASS ACTION |

WHEREAS, the above-captioned securities class action has been filed against defendant Tangoe, Inc. et al. (collectively "Defendants") alleging violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i); on May 24, 2016, a notice was issued to potential class members of the action and informed them of their right to move to

1

serve as lead plaintiff within 60 days of the date of the issuance of said notice;

WHEREAS, on July 25, 2016 Plaintiff James Alpha Multi Strategy Alternative Income Portfolio through its President and Authorized Representative, Bruce Ventimiglia, ("Movant") moved the Court to: (1) be appointed as Lead Plaintiff; and (2) approve its selection of The Rosen Law Firm, P.A. and Finkelstein & Krinsk LLP as Co-Lead Counsel;

WHEREAS, the PSLRA provides, *inter alia,* that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice and has the largest financial interest in the relief sought by the Class and satisfies the requirement of Fed. R. Civ. P. 23;

WHEREAS, 15 U.S.C. § 78u-4(a)(3)(B) provides, *inter alia,* that as soon as practicable after the decision on consolidation is rendered, the Court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions;

WHEREAS, the Court finding that Movant has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); and

**IT IS HEREBY ORDERED THAT:**

**APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL**

1.  Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-(a)(3)(B), Movant is appointed as Lead Plaintiff for the class as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.  Movant's choice of counsel is approved and accordingly, The Rosen Law Firm, P.A. and Finkelstein & Krinsk LLP are appointed as Co-Lead Counsel.

3.  Co-Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. Co-Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and the Class.

Dated Jan. 11, 2017

SO ORDERED:

_____
Hon. Judge Kevin McNulty
United States District Judge