UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH MOLESKI, Individually and on behalf of All Other Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TANGOE, INC., ALBERT R. SUBBLOIE, JR., and GARY R. MARTINO,<br>　　　　　　　Defendants. | Civ. No. 16- 2957 (KM)<br><br>ORDER |

This matter having been opened to the Court upon motion (ECF no. 9) to appoint plaintiff James Alpha Multi Strategy Alternative Income Portfolio through its President and Authorized Representative, Bruce Ventimiglia ("James Alpha"), as Lead Plaintiff, and to approve its selection of The Rosen Law Firm, P.A. and Finkelstein & Krinsk LLP as Lead Counsel; and a second plaintiff, Margaret Smith, having filed a motion (ECF no. 10) to be appointed as Lead Counsel and to approve her selection of Gainey McKenna & Egleston as Lead Counsel; and each movant having filed a response to the other's motion, and a reply on its own (ECF nos. 11, 12, 14, 15); and Ms. Smith having revised her motion to include an alternative application to be appointed co-lead plaintiff along with James Alpha;

IT IS this 11th day of January, 2017

ORDERED that the motion of James Alpha (ECF no. 9) is GRANTED, and that the motion of Margaret Smith (ECF no. 10) is DENIED. The appointment of James Alpha and the approval of its selected counsel is reflected in a separate order filed herewith.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. KEVIN MCNULTY, U.S.D.J.